THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE ELIAS BARBOSA,<br><br>　　　　　　Defendant. | CASE NO. CR20-0092-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue pretrial motions deadline (Dkt. No. 285). Finding good cause, the Court GRANTS Defendant's motion. Pretrial motions in this matter must be filed by August 5, 2021.

DATED this 19th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk