The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>JOSE ELIAS BARBOSA (aka PRIMO, aka PRIETO),<br><br>                  Defendant. | NO. CR20-092 JCC<br><br>NOTICE OF UNAVAILABILITY |

PLEASE TAKE NOTICE that Michele Shaw, counsel for defendant Jose Elias Barbosa, will be unavailable from December 22, 2021, through December 27, 2021.

\
\
\
\
\

NOTICE OF UNAVAILABILITY - 1

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

Counsel respectfully requests that this Court make note of the above-mentioned dates of unavailability for purposes of scheduling as set by this Court.

DATED this 15$^h$ day of October 2021.

                                               Respectfully Submitted,

                                               *s/ Michele Shaw*
MICHELE SHAW, WSBA #19561
Michele Shaw P.S.
2125 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 448-9612
Fax: (206) 319-5473
Email: michele@micheleshawlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send electronic notification of the filing to the attorneys of record for each of the parties.

DATED this 15th day of October 2021.

                                               *s/ Kristen C Miller*
Kristen C Miller, Paralegal
Michele Shaw P.S.
2125 Western Ave., #330
Seattle, WA 98121
Phone: (206) 448-9612
Facsimile: (206) 319-5473
kristen@micheleshawlaw.com

NOTICE OF UNAVAILABILITY - 2

MICHELE SHAW, P.S.
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com