The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>    v.<br><br>JOSE ELIAS BARBOSA (aka PRIMO, aka PRIETO),<br><br>                     Defendant. | NO. CR20-092-JCC-4<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

The Court having considered the Motion for Withdrawal, Declaration of the Attorney, and the file and records herein:

**Now, therefore,** it is hereby ordered that Michele Shaw is permitted to withdraw as defense counsel in this matter.

/

/

/

DONE this 5th day of February 2024.

[~~PROPOSED~~] ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 1

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Michele Shaw_
MICHELE SHAW, WSBA #19561
Michele Shaw, P.S.
2125 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 448-9612
Fax: (206) 319-5473
Email: michele@micheleshawlaw.com

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 2

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com